No. 1006. BAILEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Lewis G. Odom, Jr.,* for petitioner. *Solicitor General Marshall* for the United States. ■■

No. 1010. CRAIG *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Jack Greenberg, James M. Nabrit III, Leroy D. Clark, Michael Meltsner, Charles Stephen Ralston, H. W. Dixon, Jay H. Topkis* and *Anthony G. Amsterdam* for petitioner. ■■

Nos. 1012 and 1013. DROBNICK ET AL. *v.* DEPARTMENT OF PUBLIC WORKS AND BUILDINGS OF ILLINOIS. Sup. Ct. Ill. Certiorari denied. Petitioners *pro se. William G. Clark,* Attorney General of Illinois, and *Harold G. Andrews* and *Donald T. Morrison,* Special Assistant Attorneys General, for respondent.

No. 1016. SIGNATROL, INC., ET AL. *v.* SCHULENBURG ET AL., DBA TIME-O-MATIC CO. ET AL. Sup. Ct. Ill. Certiorari denied. *Horace E. Gunn* and *Owen Rall* for petitioners. *Horace A. Young* for respondents. ■■

No. 1021. YOST ET AL. *v.* GUNBY, ORDINARY OF FULTON COUNTY, ET AL. Sup. Ct. Ga. Certiorari denied. *G. Seals Aiken* for petitioners. *John Tye Ferguson, Harold Sheats, George P. Dillard, Henry L. Bowden* and *Jack P. Etheridge* for respondents.

No. 1104. CARDEN *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.